# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00357-CV

**In re Sterling Allen**

### ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

In Cause No. 03-11-00097-CR, Sterling Allen has appealed from a district court order denying his pretrial application for writ of habeas corpus. In the present cause, Allen seeks a writ of mandamus to compel the district clerk to file in Cause No. 03-11-00097 Allen's habeas application and the district court's order denying relief. Our review of the record in Cause No. 03-11-00097-CR reveals that both documents have already been filed. Consequently, we dismiss Allen's mandamus petition as moot.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Filed: June 8, 2011